

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2015

No. 04-15-00392-CV

Joyce Ann **SARRO,**
Appellants

v.

Michael A. **SARRO,**
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-03821
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

The reporter's record was due to be filed with this court on July 30, 2015. *See* TEX. R. APP. P. 35.1. On August 3, 2015, court reporter Maria E. Fattahi filed a notification of late record. She stated she was not timely notified of the notice of appeal, *see id.* R. 25.1(f), 34.6(b)(1), and she indicated the twenty-page record could be completed by August 31, 2015.

The request for additional time to file the reporter's record is GRANTED IN PART. We ORDER court reporter Maria E. Fattahi to file the reporter's record with this court by August 21, 2015. *See id.* R. 35.3(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court